**FILED**

04/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

## IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| | |
|---|---|
| IN RE ASBESTOS LITIGATION, | Cause No. AC 17-0694 |
| *Consolidated Cases* | **ORDER APPROVING THE LIBBY MINE CLAIMANTS' QUALIFIED SETTLEMENT FUND TRUST IV** |

The Libby Claimants having filed a Petition for the Establishment of the Libby Mine Claimants' Qualified Settlement Fund Trust IV, and good cause appearing therefor;

IT IS HEREBY ORDERED that the Libby Mine Claimants' Qualified Settlement Fund Trust IV is hereby established, with Kent Saxby as initial trustee.

DATED AND ELECTRONICALLY SIGNED BELOW. *April 8, 2021.*